FILED

APR 11 2006

CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| APPLICATION OF THE UNITED ) | |
| STATES OF AMERICA FOR AN ORDER ) | NO. 06-M-6014-CJP |
| AUTHORIZING THE INSTALLATION ) | |
| AND USE OF A PEN REGISTER AND ) | **FILED UNDER SEAL** |
| ENHANCED CALLER IDENTIFICATION ) | |
| DEVICES FOR TELEPHONE ) | |
| # 618-978-3941 ) | |

## EXTENSION ORDER

This matter having come before the Court pursuant to an application under Title 18, United States Code, Section 3122, by Ranley R. Killian, an attorney for the Government, which application requests an Order under Title 18, United States Code, Section 3123 authorizing an extension of the installation and use of a pen register on telephone number 618-978-3941, the Court finds that the applicant has certified that the information likely to be obtained by such installation and use is relevant to an ongoing criminal investigation into possible violations of Title 21, United States Code, Sections 841 and 846.

IT APPEARING that the numbers dialed or pulsed from telephone number 618-978-3941, are relevant to an ongoing criminal investigation of the specified offenses,

**IT IS ORDERED**, pursuant to Title 18, United States Code, Section 3123, that agents of the Federal Bureau of Investigation may install and use a pen register to register numbers dialed or pulsed from telephone number 618-978-3941, or direct connect or digital dispatch dialings, including to but not limited to location of the cell site (that including tower locations for any state within the continental United States), to record the date and time of such pulsings or recordings, and to record the length of time the telephone receiver in question is off the hook for incoming or outgoing calls for a period of sixty (60) days; and

**IT IS FURTHER ORDERED**, pursuant to Title 18, United States Code, Section 3123(b)(2), that the telecommunication service providers found on the attached list (attached hereto and made a part hereof by reference), and any applicable long distance provider shall furnish agents of the Federal Bureau of Investigation forthwith all information, facilities, and technical assistance necessary to accomplish the installation of the pen register unobtrusively and with minimum interference with the services that are accorded persons with respect to whom the installation and use is to take place; and

**IT IS FURTHER ORDERED**, that Verizon Wireless, by whatever name they are now known or doing business, install enhanced caller identification service on telephone number 618-978-3941, and provide information received from this service to the Federal Bureau of Investigation; and

**IT IS FURTHER ORDERED**, that Verizon Wireless, by whatever name they are now known or doing business, be compensated by the applicant for reasonable expenses incurred in providing technical assistance; and

**IT IS FURTHER ORDERED** this pen register and enhanced caller identification shall remain in effect throughout the time period covered in this Order in the event the number listed above should change, so long as the subscriber information set forth in the body of this Order remains the same; and

**IT IS FURTHER ORDERED** that the telecommunication service providers found on the attached list (attached hereto and made a part hereof by reference), and any applicable long distance provider shall provide agents/law enforcement representatives of the investigating agency with the results of the Dialed Number Recorder and enhanced caller identification devices with

subscriber information to include names, addresses and pedigree information, and all other subscriber information, cell site information (including tower locations for any state within the continental United States), toll analysis information (including toll locations for any state within the continental United States), credit information, and air-time summaries for available service periods, for the telephones being dialed to and from the aforesaid telephone pursuant to Title 28, United States Code, Section 1651; and

**IT IS FURTHER ORDERED** that the telecommunication service providers found on the attached list (attached hereto and made a part hereof by reference), and any applicable long distance provider shall provide agents of the Federal Bureau of Investigation with toll records and non-published subscriber information for all calls and data received as a result of the pen register authorized by the order filed herein; and

**IT IS FURTHER ORDERED**, pursuant to Title 18, United States Code, Section 3123(d), that this Order and the application be **sealed** until otherwise ordered by the Court, and that the telecommunication service providers found on the attached list (attached hereto and made a part hereof by reference), and any applicable long distance provider shall not disclose the existence of the pen register or the existence of the investigation to the listed subscriber, or to any other person, unless or until otherwise ordered by the Court.

**SO ORDERED:**

_____
United States Magistrate Judge

Dated this //th day of April 2006.

## TELECOMMUNICATION SERVICE PROVIDERS

Accutel of Texas, Inc.
Aero Communications, Inc. IL
Air Touch Paging
Alton Cell Telco
Ameritech
Ameritech Illinois
Atlantic Bell
AT&T
AT&T Wireless
Bartel
Bell South Telecon
Birch Telecommunications
Cingular
Cingular Wireless
Cellco Partnership D.B.A. Verizon Wireless
Cellular One
Choctaw Communications
Comm South Companies
Consolidated Communications
Douglas Telecommunications, Inc.
First Cell of Southern Illinois
Frontier Communications
Gabriel Communications of Illinois
Globaleyes Telco IL
GTE
GTE of Illinois
GTW Wireless
Harrisonville Telephone Company
Ionex Communications
Madison Communications
Max-Tel
Max-Tel Communications
MCI World Comm
Mobile Communications
Mountain Bell
McCleod USA
Mobile Comm

Navigator Telecommunication
Nexlink Communicational
Nextel Communications
Nevada Bell
Pac Bell Wireless
Pacific Bell
Pagenet Paging
PCS Primeco
Primeco Communications
PS Communications
Rural Cellular Management
Simple Communications
Skytel Paging
Sprint Spectrum PCS
Sprint Spectrum L.P.
Sprint Specturm IL
Southwestern Bell Telephone Company
Southwestern Bell Wireless
Southern Illinois RSA Partnership
Suretell Paging
TCG
T-Mobile USA
Telecorp Holding Corporation, Inc.
Trac Fone
Tri State Radio Paging, Inc.
United States Cellular Corporation–Illinois
US West Communications
Verizon Telephone Company
Verizon Wireless Telephone Company
Virgin Mobile USA LLC
Voice Stream
Western Wireless