FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

MAR 1 3 2007

CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| **IN THE MATTER OF THE** | ) |
| **APPLICATION OF THE UNITED** | ) |
| **STATES OF AMERICA FOR AN ORDER** | )   No. 06-M-6014-CJP |
| **AUTHORIZING THE INSTALLATION** | ) |
| **AND USE OF A PEN REGISTER AND** | ) |
| **ENHANCED CALLER IDENTIFICATION** | ) |
| **DEVICES FOR TELEPHONE** | ) |
| **# 618-978-3941** | ) |

## ORDER

**PROUD, Magistrate Judge:**

This matter comes before the Court on the United States' Motion to Unseal.  Having

considered the motion, being fully advised of its premises, and for good cause shown,

**IT IS ORDERED** that the United States' Motion to Unseal be and is hereby **GRANTED.**

All documents filed in this case are unsealed.

**IT IS SO ORDERED.**

**DATED:** _13 MARCH 2007_

_____
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**